Jack Silver, Esq. SB #  160575
Email: lhm28843@sbcglobal.net
LAW OFFICE OF JACK SILVER
Jerry Bernhaut, Esq. SB # 206264
Email: j3bernhaut@gmail.com
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel    (707) 528-8175
Fax.   (707) 528-8675

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3) WATCH, non-profit, public benefit corporation,<br><br>                         Plaintiff,<br>       v.<br><br>SONOMA VALLEY COUNTY SANITATION DISTRICT and SONOMA COUNTY WATER AGENCY,<br><br>                         Defendants.<br>_____/ | CASE NO.: 3:15-cv-01283 WHO<br><br>**EXPEDITED MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; DECLARATION OF JERRY BERNHAUT; [PROPOSED] ORDER**<br>**[Civil L. R. 16-2(d)**]<br><br>Case Mgmt Conf.:   July 21, 2015 |

Plaintiff CALIFORNIA RIVER WATCH hereby moves for relief from the Court's Order of May 12, 2015 re-setting the Initial Case Management Conference and ADR Deadlines (Dkt #9) in that Plaintiff moves to further extend all deadlines for a period of thirty (30) days.

Dated: June 25, 2015              /s/ Jerry Bernhaut
                                  JERRY BERNHAUT
                                  Attorney for Plaintiff
                                  CALIFORNIA RIVER WATCH

//

1

**DECLARATION OF JERRY BERNHAUT**

1. I am co-counsel for Plaintiff California River Watch herein, have personal knowledge of all matters stated herein, and, if called as a witness, could and would testify competently thereto.

2. A previous Expedited Motion for Relief was filed on behalf of Plaintiff on May 8, 2015 (Dkt # 8). At that time, the parties and their respective counsel were participating in active settlement discussions and anticipated resolution of the lawsuit by the end of June, 2015. The Court issued its Order (Dkt # 9) extending the deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines as follows:

Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan    -    June 30, 2015

- file ADR Certification signed by Parties and Counsel

- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

File Rule 26(f) Report, complete initial disclosures and File Case Management Statement    -    July 14, 2015

Initial Case Management Conference    -    July 21, 2015
2:00 p.m. - Courtroom 2, 17th Floor, San Francisco.

3. Since the time of the May 12, 2015 Order, the parties have remained in active settlement discussions and are now in the final stages of negotiations. A draft Settlement Agreement was presented to Defendant's Board of Supervisors at its meeting on June 23, 2015. A final Agreement will need the approval and signature of Defendant's Board of Supervisors. The next scheduled Board of Supervisors meeting takes place on July 21, 2015 at 8:30 a.m.

4. Under the current Order, the parties are required to meet and confer under FRCP 26(f) by June 30, 2015. An Initial Case Management Conference is scheduled for July 21, 2015. I am requesting all deadlines be further extended for a period of thirty (30) days to allow the parties time to present a final Agreement to Defendant's Board of Supervisors for approval and

signature. The continuance requested will not hinder or harm any proceedings in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Santa Rosa, California on June 24, 2015.

                                      */s/ Jerry Bernhaut*
                                      JERRY BERNHAUT

//

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby,

**ORDERED,** that the deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines be further extended as follows:

Last day to:

| | |
|---|---|
| • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | August 4, 2015 |
| • file ADR Certification signed by Parties and Counsel | |
| • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | |
| Last day to file Rule 26(f) Report, complete initial disclosures and File Case Management Statement | August 11, 2015 |
| Initial Case Management Conference 2:00 p.m. - Courtroom 2, 17th Floor, San Francisco | August 18, 2015 |

Dated: June 25, 2016

_____
WILLIAM H. ORRICK
United States District Judge