BRUCE D. GOLDSTEIN, #135970
County Counsel
DAVID R. MCFADDEN, #120878
Deputy County Counsel
575 Administration Drive, Room 105-A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Fax:  (707) 565-2624
Email:  dmcfadde@sonoma-county.org

Attorneys for Defendants
Sonoma Valley County Sanitation District
and Sonoma County Water Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3) non-profit, public benefit corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SONOMA VALLEY COUNTY SANITATION DISTRICT and SONOMA COUNTY WATER AGENCY,<br><br>　　　　Defendants.<br>_____/ | Case No.  15-cv-01283<br>Hon. William H. Orrick<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　Pursuant to Civil Local Rules 6-1(a) and 6-2, all parties hereby stipulate and request that the Court enter an order extending Defendants' time to file an answer or other responsive pleading by approximately 60 days.

**RECITALS**

　　　　Good cause exists for the request, as follows:

　　　　WHEREAS, Plaintiff served its Complaint on the Sonoma Valley County Sanitation District on July 13, 2015;

　　　　WHEREAS, Defendants currently have until August 4, 2015 to answer or respond to the Complaint;

WHEREAS, the parties have been meeting regularly to negotiate a settlement;

WHEREAS, the parties are very close to negotiating final terms of a settlement;

WHEREAS, once a settlement is reached, a 45 day review period for the Department of Justice is required before the settlement can be finalized;[1]

WHEREAS, Defendants have requested and Plaintiff has consented to an additional 60 days to answer or respond to the Complaint;

WHEREAS, the dates currently set by Court order include the deadline for the Case Management Statement (August 11, 2015); the deadline for the Rule 26 Meeting Report (August 11, 2015); and the Initial Case Management Conference (August 18, 2015); and

WHEREAS, a 60-day extension would change these dates currently set by Court order to the following approximate dates: Case Management Statement deadline to approximately October 12, 2015; Rule 26 Meeting Report deadline to approximately October 12, 2015; and Initial Case Management Conference to approximately October 19, 2015.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiff's Complaint by October 5, 2015.

Dated: July 21, 2015                SONOMA COUNTY COUNSEL'S OFFICE

By:_____/s/_____

DAVID R. MCFADDEN
Deputy County Counsel
Sonoma County Counsel's Office
Attorneys for Defendants Sonoma Valley County Sanitation District and Sonoma County Water Agency

---

[1] Title 33 of the United States Code Section 1365(c)(3) provides, "No consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

Dated: July 21, 2015         LAW OFFICE OF JACK SILVER
                             Attorneys for Plaintiff California River Watch


                             By:_____/s/_____

                                 Jerry Bernhaut, Esq.




## ORDER

Pursuant to the foregoing stipulation to extend time for Defendants to answer or otherwise respond to Plaintiff's complaint and good cause appearing, it is hereby ORDERED that Defendants' deadline to respond to Plaintiff's Complaint is extended to October 5, 2015.

IT IS SO ORDERED.

Dated: July 24, 2015                   _____
                                       HONORABLE WILLIAM H. ORRICK
                                       UNITED STATES DISTRICT JUDGE

*GRANTED* — Judge William H. Orrick