Jack Silver, Esq. SB # 160575
Email: lhm28843@sbcglobal.net
LAW OFFICE OF JACK SILVER
Jerry Bernhaut, Esq. SB # 206264
Email: j3bernhaut@gmail.com
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel    (707) 528-8175
Fax.   (707) 528-8675

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3) WATCH, non-profit, public benefit corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>SONOMA VALLEY COUNTY SANITATION DISTRICT and SONOMA COUNTY WATER AGENCY,<br>　　　　　Defendants.<br>_____/ | CASE NO.: 3:15-cv-01283 WHO<br><br>**EXPEDITED MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; DECLARATION OF JERRY BERNHAUT; [PROPOSED] ORDER**<br>**[Civil L. R. 16-2(d)**]<br><br>Case Mgmt Conf.:   August 18, 2015 |

　　　Plaintiff CALIFORNIA RIVER WATCH hereby moves for relief from the Court's Order of June 25, 2015 re-setting the Initial Case Management Conference and ADR Deadlines (Dkt #11) in that Plaintiff moves to further extend all deadlines for a period of sixty (60) days.

Dated: August 5, 2015　　　　　　　　　　　　/s/ Jerry Bernhaut
　　　　　　　　　　　　　　　　　　　　　　JERRY BERNHAUT
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　CALIFORNIA RIVER WATCH

//

//

1

Expedited Motion for Relief From CMC Schedule [Proposed] Order
3:15-cv-01283 WHO

**DECLARATION OF JERRY BERNHAUT**

1. I am co-counsel for Plaintiff California River Watch herein, have personal knowledge of all matters stated herein, and, if called as a witness, could and would testify competently thereto.

2. A previous Expedited Motion for Relief was filed on behalf of Plaintiff on June 24, 2015 (Dkt # 10).  At that time, the parties and their respective counsel were continuing in settlement discussions and had drafted a Settlement Agreement for presentation to Defendant's Board of Supervisors. The Court issued its Order (Dkt #11) further extending the deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines as follows:

Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan — August 4, 2015

- file ADR Certification signed by Parties and Counsel

- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

File Rule 26(f) Report, complete initial disclosures and File Case Management Statement — August 11, 2015

Initial Case Management Conference — August 18, 2015
2:00 p.m. - Courtroom 2, 17th Floor, San Francisco.

3. Following the June 25, 2015 Order, Defendants were served with the Complaint in order to comply with the mandates of Rule 4. As the parties continue in the final stages of negotiations, Plaintiff agreed to extend the time within which Defendant may respond to the Complaint (served on Defendants on July 13, 2015) for a period of sixty (60) days. Defendant filed a Stipulation to that effect indicating that granting the Stipulation would change the dates currently set by the Court in its June 25, Order; and, advising the Court of the U.S. Department of Justice's 45-day review period required for any settlement reached, pursuant to 33 U.S.C. §1365(c)(3) (Dkt # 14). The Court issued its Order extending Defendant's deadline to respond to the Complaint to October 5, 2015.

4. In lieu of the above, I am requesting all deadlines be further extended for a period of sixty (60) days. The continuance requested will not hinder or harm any proceedings in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Santa Rosa, California on August 5, 2015.

  /s/ Jerry Bernhaut
JERRY BERNHAUT

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby,

**ORDERED,** that the deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines be further extended as follows:

Last day to:

| | |
|---|---|
| • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | - October 05, 2015 |
| • file ADR Certification signed by Parties and Counsel | |
| • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | |
| Last day to file Rule 26(f) Report, complete initial disclosures and File Case Management Statement | - October 12, 2015 |
| Initial Case Management Conference<br>2:00 p.m. - Courtroom 2, 17th Floor, San Francisco | - October 20, 2015 |

Dated: August 12, 2015

_____
WILLIAM H. ORRICK
United States District Judge