UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>  Plaintiff,<br><br>  v.<br><br>SONOMA VALLEY COUNTY SANITATION DISTRICT, et al.,<br><br>  Defendants. | Case No.  15-cv-01283-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 21 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: October 7, 2015

_____
WILLIAM H. ORRICK
United States District Judge